```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21025
   AUYANA S PORTER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7359

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/09/2007 and was confirmed 01/30/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 10/29/2008.
--------------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICREDIT FINANCIAL SV | SECURED VEHIC | 22919.32 | 842.45 | 3535.06 |
| AMERICREDIT FINANCIAL SV | UNSECURED | NOT FILED | .00 | .00 |
| CODILIS & ASSOCIATES ^ | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAS RECOVERY NETWOR | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS RECOVERY NETWOR | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS RECOVERY NETWOR | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS RECOVERY NETWOR | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS RECOVERY NETWOR | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS RECOVERY NETWOR | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 537.88 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 433.32 | .00 | .00 |
| ASSETCARE | NOTICE ONLY | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHICAGO SUN TIMES | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK STUDENT LOAN CO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 860.00 | .00 | .00 |
| DEVON FINANCIAL SERVICE | UNSECURED | 338.66 | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORE | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | UNSECURED | 10677.02 | .00 | .00 |
| INOVISION | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 187.52 | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RENT A CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SM SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SM SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SM SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SUNRISE CREDIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | 298.47 | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21025 AUYANA S PORTER

```
AFFILIATED GROUP          UNSECURED       NOT FILED              .00              .00
THE MONEY STORE           UNSECURED       NOT FILED              .00              .00
TRUST REC SV              UNSECURED       NOT FILED              .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          882.62              .00              .00
ER SOLUTIONS INC          UNSECURED          576.31              .00              .00
ILLINOIS DEPT OF EMPL0YM  UNSECURED         1347.00              .00              .00
LEGAL HELPERS PC          DEBTOR ATTY      2,300.00                            579.49
TOM VAUGHN                TRUSTEE                                              418.00
DEBTOR REFUND             REFUND                                                  .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  5,375.00

PRIORITY                                                 .00
SECURED                                             3,535.06
    INTEREST                                          842.45
UNSECURED                                                .00
ADMINISTRATIVE                                        579.49
TRUSTEE COMPENSATION                                  418.00
DEBTOR REFUND                                            .00
                       ---------------       ---------------
TOTALS                   5,375.00                   5,375.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 01/27/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE